# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

—WARNING—

**A FALSE OR DISHONEST ANSWER TO ANY QUESTION IN THIS DECLARATION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____
USA v. Micheal Spingola    DOCKET NO: CR 17-0002 JST
NAME OF PERSON REPRESENTED: _____

☒ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER _____
CURRENTLY EMPLOYED?
☒ YES → EMPLOYER NAME/ADDRESS: in home care for grandfather    MONTHLY EARNINGS: $1000
☐ NO → MONTH/YEAR OF LAST EMPLOYMENT: _____    MONTHLY EARNINGS: _____
☒ SELF-EMPLOYED    MONTHLY EARNINGS: _____
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☐ YES → SPOUSE'S MONTHLY EARNINGS: _____

## INCOME/ASSETS

**a. MONTHLY INCOME**

| SOURCE | YOU | SPOUSE | DEPENDENT(S) | TOTAL |
|---|---|---|---|---|
| Salary/wages (after taxes) | $1000 | | | |
| Commissions | none | | | |
| Net Business Income | | | | |
| Net Rental Income | | | | |
| Pension(s) | | | | |
| Social Security | | | | |
| Interest Income | | | | |
| Dividends | | | | |
| Alimony/Child Support | | | | |
| Other (specify) | | | | |

FILED
DEC 7 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**b. ASSETS** (Real Estate • Motor Vehicles • Jewelry • Art • Boats • Life Insurance • Trusts • Financial Accounts (Savings/Checking/Investment/Stocks/Bonds) • Any Other Personal Property of Value)

| DESCRIPTION (I) | DATE PURCHASED | PURCHASE PRICE | FAIR MARKET VALUE | LOAN BALANCE (if any) |
|---|---|---|---|---|
| none | | | | |

## FINANCIAL OBLIGATIONS/LIABILITIES

**a. DEPENDENTS** - LIST NAMES, AGES, AND RELATIONSHIPS OF ALL PERSONS YOU ACTUALLY SUPPORT:
none

**b. MONTHLY EXPENSES & DEBTS**

Rent or Mortgage Payment: paid for
Utilities: —
Insurance: —
Car payments: —
Food: $300
Transportation: $200
Alimony/Child Support: —
Medical Expenses: —
Clothing: $60

Other (specify): cell phone $150
Credit or Charge Cards (List) | Account Balance | Minimum Monthly Payment
none
restitution | $76,000 | $100

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

_Michael Spingola_ (signature)    Date: 12/5/17
Signature of Defendant or Other Person Represented